SULLIVAN COUNTY NATIONAL BANK OF LIBERTY, Respondent, v. PRESIDENT HOTEL, INC., et al., Appellants.— AULISI, J.

Gibson, P. J., Herlihy, Aulisi, Staley, Jr., and Gabrielli, JJ., concur in memorandum by Aulisi, J.